[If you need additional space for ANY section, please attach an additional sheet and reference that section.]




RECEIVED GW
1/5/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Mr. Jerome Choice # 51976-424

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Brij Mohan, MD
P. Michalak, FNP-C, NP
R. A. Heisner

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**Judge Marvin Aspen**
**Magistrate Judge M. David Weisman**
**PC 6**

**21-cv-00060**

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

__X__    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.   **Plaintiff(s):**

A.   Name: Jerome Choice

B.   List all aliases: N/A

C.   Prisoner identification number: 51976-424

D.   Place of present confinement: Metropolitan Correctional Center

E.   Address: 71 W. Van Buren St, Chicago, IL 60605

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: Brij Mohan, MD

Title: Clinical Director

Place of Employment: Metropolitan Correctional Center, Chicago, IL

B.   Defendant: P. Michalak, FNP-C, NP

Title: Nurse Practitioner

Place of Employment: Metropolitan Correctional Center, Chicago, IL

C.   Defendant: R.A. Heisner

Title: Warden

Place of Employment: Metropolitan Correctional Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____ N/A _____

B. Approximate date of filing lawsuit: _____ N/A _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ N/A _____

D. List all defendants: _____ N/A _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F. Name of judge to whom case was assigned: _____ N/A _____

G. Basic claim made: _____ N/A _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____

I. Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 8/7/18, while I was having the dressing changed on my left hand that had recently been operated on, Ms. P Michalak, FNP-C, NP acting as a contract worker for the Metropolitan Correctional Center, the facility where I was housed, accidentally pulled out a pin that had been inserted by an Orthopedic Surgeon. She had pulled the pin out at least two inches from the insertion site and Ms. Michalak acknowledged her error in dislodging the pin at the time the incident took place. She then made the decision to completely remove the pin from my hand, causing me severe pain.

Although at the time of the incident, Ms. Michalak made the call to pull the pin entirely on her own, in the report she filed later, she makes the claim that a P.A. named Antonio Alserce instructed her, through some person named "Janet", to fully remove the pin. This makes no sense as neither person is a doctor or had seen my hand or the condition of the pin at the time. This is a clear example of medical malpractice at the hands of federal medical providers and Clinical Director Mohan's "rubber stamping" of a statement

4                                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

that was inconsistent with how things actually happened at Warden Heisner's refusal to acknowledge or provide some manner of remedy for the negligence of his medical staff and the pain it caused makes them just as culpable as Nurse Michalak who made the decision to pull the pin out completely, a decision she was not qualified to make on her own and then attempted to cover up with her reported version of events.

At the very least, Clinical Director Mohan should have been consulted about the pin at the time of the incident. As a result of the mishandling of the incident, I had to have ~~two~~ one more painful surgeries.

Also, I have exhausted all of my administrative remedy process in use at this institution and would be happy to provide the paperwork needed to verify that if necessary.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like full disclosure in this case, including full contact info for this P.A. Alberta and "Janet" as well as compensation for the pain and suffering I continue to experience as a result of Nurse Michala's poor decisions and medical negligence. I also believe that Clinical Director Mohan and Warden Heisner shall be sanctioned in some manner for their role in covering up how the incident really transpired.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this **27** day of **DEC**, 20 **20**

_Jerone Choice_
(Signature of plaintiff or plaintiffs)

Jerone Choice # 51976-424
(Print name)

# 51976-424
(I.D. Number)

Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]