# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Jerome Choice,

Plaintiff,

v.

Patricia Michalak,

Defendant,

Case No. 21 C 60
Judge Marvin E. Aspen

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiffs
and against defendants
in the amount of

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiffs shall recover costs from defendants.

☐ in favor of defendant
and against plaintiff

.

Defendant shall recover costs from plaintiff.

☒ other: Case is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Marvin E. Aspen on a motion to dismiss.

Date: 9/6/2022

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk